UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

AIM BUSINESS CAPITAL, L.L.C.            CIVIL ACTION NO. 6:13-cv-00241

VERSUS                                  JUDGE HAIK

REACH OUT DISPOSAL, L.L.C.,             MAGISTRATE JUDGE HANNA
ET AL.

## MEMORANDUM RULING

Before this Court is the motion (Rec. Doc. 12) filed by the plaintiff, which seeks to compel defendants Henry Loconti and Agora Promotions, Inc. to provide full and complete responses to the plaintiffs' discovery requests that were served along with the plaintiffs' state court petition. The movant sought an expedited hearing and the motion was set for oral argument on March 26, 2013. Counsel for defendants Loconti and Agora contacted the undersigned, indicating that they are unable to attend the hearing in person on that date. Counsel for the plaintiff and counsel for defendants Loconti and Agora are amenable to having the motion resolved on the briefs without oral argument. Accordingly,

IT IS ORDERED that the defendants shall submit a memorandum in opposition to the pending motion not later than March 19, 2013; and

IT IS ORDERED that the oral argument previously scheduled for March 26, 2013 is CANCELLED.

A ruling will be issued in due course.

Signed at Lafayette, Louisiana, this 13th day of March 2013.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE