

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| AIM BUSINESS CAPITAL | CIVIL ACTION 13-241 |
| VERSUS | JUDGE HAIK |
| REACHOUT DISPOSAL, ET AL | MAGISTRATE JUDGE HANNA |

### RULING

A Hearing was held on plaintiff's Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) on July 23, 2015 (Doc. #124). Orally on the record, the plaintiff agreed to waive and dismiss any claim for joint and several liability as to Bonita LoConti, who has been substituted in place of her husband Henry LoConti as the administrator of his estate, and Agora Promotions, Inc. This stipulation was also made in the filings of the plaintiff in connection with this motion.

With that stipulation and amendment in the record, the Motion for Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) is **GRANTED** and the judgment originally entered against Henry LoConti, which is now entered against Bonita LoConti as administrator of her husband's estate and Agora Promotions, Inc. is deemed final pursuant to Federal Rule of Civil Procedure 54(b).

THUS DONE and SIGNED on this 27th day of July, 2015.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE